# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

FREDERICK JODY BARTON,
ADC #142505                                                                                          PLAINTIFF

V.                                    1:12CV00038 JMM/JTR

JOHN MAPLES, Warden, Grimes Unit,
Arkansas Department of Correction; et al.                                            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 29th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE